IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHERYL IRVIN               )<br>                                       )<br>        Plaintiff,           )<br>                                       )<br>vs.                                )     No.    12-570-SCW<br>                                       )<br>CACi,                             )<br>                                       )<br>        Defendant.          )<br>                                       ) | |

### JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant an Order entered by United States Magistrate Judge Stephen C. Williams on July 5, 2012 (Doc. 16), the above-captioned action is **DISMISSED** with prejudice.

Dated:  October 31, 2014

                                            **JUSTINE FLANAGAN, Acting Clerk of Court**

                                            By: **s//Angie Vehlewald**
                                                  **Deputy Clerk**

**Approved:** *s//Stephen C. Williams*
              **Stephen C. Williams**
              **United States Magistrate Judge**